UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
TOBIAS BERMUDEZ CHAVEZ, *et al.*,                    :
:
                                    Plaintiffs,       :         17 Civ. 3459 (PAE)
:
                  -v-                                    :         <u>ORDER</u>
:
OCCIDENTAL CHEMICAL CORPORATION,          :
:
                                    Defendant.       :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

On August 6, 2021, the Second Circuit issued an opinion in this case vacating this Court's order denying defendant judgment on the pleading and remanding with instructions to enter judgment for defendant. Mandate issued on August 30, 2021. Accordingly, this Court grants Occidental judgment on the pleadings and enters judgment in Occidental's favor. The Clerk of Court is respectfully requested to terminate this case.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: August 31, 2021.
       New York, New York