**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TOBIAS BERMUDEZ CHAVEZ, et al.,

                Plaintiffs,

-against-    17 **CIVIL** 3459 (PAE)

**JUDGMENT**

OCCIDENTAL CHEMICAL CORPORATION,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 31, 2021, the Second Circuit issued an opinion in this case on August 6, 2021vacating this Court's order denying defendant judgment on the pleading and remanding with instructions to enter judgment for defendant. Mandate issued on August 30, 2021. Accordingly, Occidental's judgment on the pleadings is granted and judgment is entered in Occidental's favor; accordingly, the case is closed.

**Dated:**  New York, New York

      August 31, 2021

                                              **RUBY J. KRAJICK**
                                              **Clerk of Court**
                **BY:**      K. Mango
                                              **Deputy Clerk**